In the Matter of the Claim of AMY FRANK, Respondent, against ECONOMY SALES COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued April 21, 1937; decided May 25, 1937.

*Paul Koch* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.